UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA BRADLEY, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>AEROTEK, INC., a Maryland Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | No. 2:21-CV-00145<br><br>**ORDER RE STIPULATION TO ARBITRATE CLAIMS AND STAY ACTION (DKT. 11)**<br><br>JS-6 |

Based on a review of the Stipulation to Arbitrate Claims and Stay Action (the "Stipulation" (Dkt. 11)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** as follows:

1) The parties shall arbitrate Plaintiff's claims in this action with JAMS pursuant to the terms of the Mutual Arbitration Agreement attached to the Stipulation as Exhibit A;

2) The action is stayed and placed on the Court's inactive calendar pending the completion of arbitration; and

3) The parties shall file a joint report on the earlier of every 90 days, or within 10 days of the conclusion of the arbitration process, as to the status of those proceedings. The first report shall be filed on or before May 3, 2021.

**IT IS SO ORDERED**.

Dated: January 26, 2021

John A. Kronstadt
United States District Judge