SARAH E. ROSS, Bar No. 252206
LITTLER MENDELSON, P.C.
sross@littler.com
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Fax No: 310.553.5583

CRISTEN R. HINTZE, Bar No. 318231
LITTLER MENDELSON, P.C.
chintze@littler.com
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Fax No.: 213.443.4299

Attorneys for Defendant
MEDTRONIC, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA BRADLEY, an individual;<br><br>Plaintiff,<br><br>v.<br><br>AEROTEK, INC., a Maryland Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00145-JAK-JPR<br><br>*[Assigned to Hon. John A. Kronstadt]*<br><br>**JOINT REPORT RE: STATUS OF ARBITRATION**<br><br>Complaint filed: September 10, 2020 (*originally filed in Los Angeles Superior Court*) |

Pursuant to the Court's Order re: Stipulation to Arbitrate Claims and Stay Action, dated January 26, 2021, ECF No. 11, the Parties hereby file this Joint Report re: Status of Arbitration:

- This matter is being arbitrated with JAMS, and the Hon. Elizabeth A. White has been appointed as arbitrator of this matter; and
- An arbitration hearing has been scheduled for July 11-14, 2022.

Dated: August 4, 2021

*/s/ Sarah E. Ross*
SARAH E. ROSS
CRISTEN R. HINTZE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
MEDTRONIC, INC.

Dated: August 4, 2021

*/s/ John Litwin*[1]
GREGORY WONG
JOHN LITWIN
BARKHORDARIAN LAW FIRM, PLC
Attorneys for Plaintiff
REGINA BRADLEY

---

[1]* Pursuant to Local Rule 5-4.3.4, the filing party has obtained the authorization and approval of all signatories listed to file the joint report.

Dated: August 4, 2021

                                     */s/ Michael Kun*
                                     MICHAEL KUN
                                     EPSTEIN BECKER & GREEN
                                     Attorneys for Defendant
                                     AEROTEK, INC.